UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re Petition of

CERTAIN FUNDS, ACCOUNTS AND/OR
INVESTMENT VEHICLES MANAGED BY
AFFILIATES OF FORTRESS
INVESTMENT GROUP LLC,

Petitioners,

pursuant to 28 U.S.C. § 1782 to issue
subpoenas upon KPMG LLP, KMPG
International Cooperative,
PricewaterhouseCoopers LLP, and
PricewaterhouseCoopers International Limited
for the production of documents and oral
testimony for use in foreign proceedings.

Action No. _____



14 CV 1801



### DECLARATION OF THOMAS E. LYNCH IN SUPPORT OF THE APPLICATION BY CERTAIN FUNDS, ACCOUNTS AND/OR INVESTMENT VEHICLES MANAGED BY AFFILIATES OF FORTRESS INVESTMENT GROUP LLC FOR AN ORDER PURSUANT TO 28 U.S.C. § 1782 TO CONDUCT DISCOVERY FOR USE IN FOREIGN PROCEEDINGS

THOMAS E. LYNCH, an attorney admitted to practice before this Court, affirms the following under penalty of perjury pursuant to 28 U.S.C. § 1746:

1. I am a partner in the law firm of Jones Day, counsel for FCOF II UB Securities LLC; FTS SIP LP; FCO MA II UB Securities LLC; FCO MA Maple Leaf LP; FCOF UB Investments LLC; FGOY Securities Ltd; FCOF UB Securities LLC; FCO MA II LP; FCO MA LSS LP; FCO Europe MA ML Limited; FCOF II UB Investments LLC; FPFD Corporates LTD; FPFO Corporates LTD; and CF SDC LLC (collectively, "Petitioners") in this proceeding.

2.     I make this declaration in support of Petitioners' application for an Order Pursuant to 28 U.S.C. § 1782 to Conduct Discovery for Use in Foreign Proceedings and to put before the Court documents relevant to the application.

3.     Attached hereto as Exhibit 1 is a copy of a printout from the website of KPMG LLP ("KPMG"), listing the address of its office in New York, New York at 345 Park Avenue.

4.     Attached hereto as Exhibit 2 is a copy of a printout from the website of PricewaterhouseCoopers LLP ("PwC"), listing the address of its office in New York, New York at 300 Madison Avenue.

5.     Attached hereto as Exhibit 3 is a copy of the Saudi Arabia Diplomatic And Consular Representation; Juridical Protection, Commerce And Navigation Agreement, signed at London November 7, 1933, entered into force November 7, 1933, 48 Stat. 1826.

6.     Attached hereto as Exhibit 4 is a copy of The National's article, *Al Gosaibi-Saad Dispute Drags on in Saudi Arabia*, dated February 6, 2013, available at http://www.thenational.ae/business/industry-insights/finance/al-gosaibi-saad-dispute-drags-on-in-saudi-arabia (last visited Feb. 27, 2014).

7.     Attached hereto as Exhibit 5 is a copy of Fortress' 10-K, available at http://shareholders.fortress.com/Cache/16150223.pdf?IID=4147324&FID =16150223&O =3&OSID=9 (last visited Feb. 27, 2014).

8.     Attached hereto as Exhibit 6 is a copy of Ahmad Hamad Algosaibi and Brothers Company's ("AHAB") Memorandum of Law in Support of Application for Judicial Assistance Pursuant to 28 U.S.C. § 1782, *In re Application of Ahmad Hamad Algosaibi & Brothers Co. for Judicial Assistance Pursuant to 28 U.S.C. § 1782*, U.S. District Court for the Southern District of New York, Case No. 10-cv-7052 (Sept. 2, 2010).

9.      Attached hereto as Exhibit 7 is a copy of the Offering Circular of Golden Belt 1 B.S.C., dated May 14, 2007.

10.     Attached hereto as Exhibit 8 is a copy of Institutional Investor's article titled *Saudi Scandal Lifts Veil on Gulf Finance*, dated October 1, 2009, available at http://www.institutionalinvestor.com/Popups/PrintArticle.aspx?ArticleID=2307525 (last visited Feb. 27, 2014).

11.     Attached hereto as Exhibit 9 is a copy of *Awal Bank v. Maan Al Sanea*, [2011] EWHC 1354 ¶ 1 (May 18, 2011).

12.     Attached hereto as Exhibit 10 is a copy of Yousef Ahmad Algosaibi's First Affidavit, *Ahmad Hamad Algosaibi & Brothers Co. v. Saad Investments Ltd. & Maan Al Sanea*, In the Grand Court of the Cayman Islands, Cause No. 359 of 2009, July 22, 2009.

13.     Attached hereto as Exhibit 11 is a copy of Simon Andrew Charlton's Third Affidavit, *Ahmad Hamad Algosaibi & Brothers Co. v. Saad Investments Ltd. & Maan Al Sanea*, In the Grand Court of the Cayman Islands, Cause No. 359 of 2009.

14.     Attached hereto as Exhibit 12 is a copy of The Financial Times' article, *Saudi Group Faces $720m Forex Claim*, dated June 18, 2010, available at http://www.ft.com/intl/cms/s/0/5f63f08e-7a67-11df-9cd7-00144feabdc0.html#axzz2r4gB5sTz (last visited Feb. 27, 2014).

15.     Attached hereto as Exhibit 13 is a copy of AHAB's Statement of Claim, *Ahmad Hamad Algosaibi & Brothers Co. v. Saad Investments Ltd. & Maan Al Sanea*, In the Grand Court of the Cayman Islands, Cause No. 359 of 2009.

16. Attached hereto as Exhibit 14 is a copy of The Economist's article titled *The Collapse of TIBC: A Mystery in the Gulf*, dated February 18, 2010, available at http://www.economist.com/node/15546448 (last visited Feb. 27, 2014).

17. Attached hereto as Exhibit 15 is a copy of a printout from the website of Standard and Poor's Rating Services ("S&P"), defining its rating system, http://www.standardandpoors.com/ratings/definitions-and-faqs/en/us (last visited Feb. 27, 2014).

18. Attached hereto as Exhibit 16 is a copy of Gulf Daily News' article titled *Standard and Poor's Revises TIBC Credit Rating*, dated May 13, 2009, available at http://www.gulf-daily-news.com/NewsDetails.aspx?storyid=250421 (last visited Feb. 27, 2014).

19. Attached hereto as Exhibit 17 is a copy of Forbes' article titled *Saudi Billionaire Bares Debt Woes*, dated June 1, 2009, available at http://www.forbes.com/ 2009/06/01/saudi-arabia-sanea-business-billionaires-saad.html (last visited Feb. 27, 2014).

20. Attached hereto as Exhibit 18 is a copy of The Economist's article titled *The Saad and Algosaibi Groups, Family Fortunes*, dated June 18, 2009, available at http://www. economist.com/node/13876724 (last visited Feb. 27, 2014).

21. Attached hereto as Exhibit 19 is a copy of a printout from the website of Moody's Investors Services ("Moody's"), describing its withdrawal of all Saad Group ratings, dated June 2, 2009, https://www.moodys.com/research/Moodys-withdraws-ratings-on-Saad-Group-entities--PR_180316 (last visited Feb. 27, 2014).

22. Attached hereto as Exhibit 20 is a copy of a Reuter's article titled *Bahrain Cenbank Launches Probe at TIBC Bank*, dated June 23, 2009, available at http://in.reuters.com/article/2009/06/23/bahrain-tibc-idINLN42756220090623 (last visited Feb. 27, 2014).

23. Attached hereto as Exhibit 21 is a copy of The National's article titled *Bahrain Seizes Control of Banks*, dated July 31, 2009, available at http://www.thenational.ae/business/banking/bahrain-seizes-control-of-banks (last visited Feb. 27, 2014).

24. Attached hereto as Exhibit 22 is a copy of a printout from the Central Bank of Bahrain's website noting the appointment of Charles Russell LLP as administrator of Awal Bank, dated August 9, 2009, http://www.cbb.gov.bh/page-p-the_appointment_of_charles_russell_llp_as_administrator_of_awal_bank_.htm (last visited Feb. 27, 2014).

25. Attached hereto as Exhibit 23 is a copy of Trade Arabia's article titled *TIBC Administrator Clarifies on Probe Report*, dated February 4, 2010, available at http://www.tradearabia.com/news/BANK_174377.html (last visited Feb. 27, 2014).

26. Attached hereto as Exhibit 24 is a copy of the Worldwide Freezing Order, *Ahmad Hamad Algosaibi & Brothers Co. v. Saad Investments Ltd. & Maan Al Sanea*, In the Grand Court of the Cayman Islands, July 24, 2009.

27. Attached hereto as Exhibit 25 is a copy of Saad Investment Company Limited's ("SICL") Annual Report 2008, including December 31, 2008 Financial Statements.

28. Attached hereto as Exhibit 26 is a copy of Reuter's article titled *Saad Unit Lenders Meet, Liquidators Appointed*, dated November 11, 2009, available at http://www.reuters.com/article/2009/11/11/saad-idUSLB21578420091111 (last visited Feb. 27, 2014).

29. Attached hereto as Exhibit 27 is a copy of a website listing the historical exchange rate of US dollars to Saudi Riyals on December 31, 2006 according to http://www.x-rates.com/historical/?from=EUR&amount=1.00&date=2006-12-31 (last visited Feb. 27, 2014).

30. Attached hereto as Exhibit 28 is a copy of Saad Trading, Contracting & Financial Services Company's ("Saad Trading") December 31, 2005 and December 31, 2006 Audited Financial Statements.

31. Attached hereto as Exhibit 29 is a copy of a printout from Moody's website, Rating Symbols and Definitions, dated September 2013, https://www.moodys.com/researchdocumentcontentpage.aspx?docid=PBC_79004 (last visited Feb. 27, 2014).

32. Attached hereto as Exhibit 30 is a copy of Moody's April 2009 Analysis of Saad Trading.

33. Attached hereto as Exhibit 31 is a copy of Moody's April 27, 2009 Analysis of SICL.

34. Attached hereto as Exhibit 32 is a copy of Moody's May 20, 2009 Saad Group Limited rating.

35. Attached hereto as Exhibit 33 is a copy of Moody's October 6, 2006 AHAB rating.

36. Attached hereto as Exhibit 34 is a copy of AHAB's June 30, 2008 Consolidated Financial Statements, as reviewed by KPMG's member firm in Egypt.

37. Attached hereto as Exhibit 35 is the historical exchange rate of US dollars to Saudi Riyals on June 30, 2008, according to http:// http://www.x-rates.com/historical/?from=EUR&amount=1.00&date=2008-06-30 (last visited Feb. 27, 2014).

38. Attached hereto as Exhibit 36 is a copy of S&P's April 15, 2009 Rating of The International Banking Corporation ("TIBC").

39. Attached hereto as Exhibit 37 is a copy of *In the Matter of the Companies Act of 1981 and In re Saad Investments Co. Ltd. (in official liquidation)*, Civil Appeal No. 7 of 2013 (Bermuda Ct. App. Nov. 18, 2013).

40. Attached hereto as Exhibit 38 is a copy of KPMG International Cooperative's ("KPMG International") 2013 Transparency Report, available at http://www.kpmg.com/Global/en/about/governance/Documents/kpmg-international-transparency-report-2013.pdf (last visited Feb. 27, 2014).

41. Attached hereto as Exhibit 39 is a copy of a printout from KPMG's biographies webpage, http://www.kpmg.com/global/en/topics/value-of-audit/pages/biographies.aspx (last visited Feb. 27, 2014).

42. Attached hereto as Exhibit 40 is a copy of a printout from KPMG's website profiling Larry Bradley, http://www.kpmg.com/global/en/topics/value-of-audit/interview/pages/larry-bradley.aspx (last visited Feb. 27, 2014).

43. Attached hereto as Exhibit 41 is a copy of a printout of Big4.com's article titled *KPMG: New Appointments To KPMG's Global Leadership Team*, http://www.big4.com/kpmg/kpmg-new-appointments-to-kpmgs-global-leadership-team/ (last visited Feb. 27, 2014).

44. Attached hereto as Exhibit 42 is a copy of KPMG's 2013 Transparency Report, available at http://www.kpmg.com/US/en/about/Documents/2013-KPMG-LLP-Transparency-Report-web.pdf (last visited Feb. 27, 2014).

45. Attached hereto as Exhibit 43 is a copy of a printout from martindale.com's KPMG LLP Lawyers and Legal Personnel website, http://www.martindale.com/KPMG-LLP/law-firm-414058-people.htm (last visited Feb. 27, 2014).

46. Attached hereto as Exhibit 44 is a copy of a printout from the University of Montana School of Business' website, Profile of Craig W. Crawford, http://www.business.umt.edu/Soba/featureStories/CraigCrawford/CraigCrawfordBio.aspx (last visited Feb. 27, 2014).

47. Attached hereto as Exhibit 45 is a copy of PwC UK's 2013 Transparency Report, available at http://www.pwc.co.uk/en_UK/uk/assets/pdf/transparency-report-2013.pdf (last visited Feb. 27, 2014).

48. Attached hereto as Exhibit 46 is a copy of a printout from PwC's website profiling Dennis Nally, http://www.pwc.com/gx/en/leadership/dennis-nally.jhtml (last visited Feb. 27, 2014).

49. Attached hereto as Exhibit 47 is a copy of martindale.com's profile of Javier H. Rubinstein, http://www.martindale.com/Javier-H-Rubinstein/12090922-lawyer.htm (last visited Feb. 27, 2014).

50. Attached hereto as Exhibit 48 is a copy of a printout from PwC's website profiling PwC International's Governance Bodies, http://www.pwc.com/gx/en/annual-review/network-leadership.jhtml (last visited Feb. 27, 2014).

51. Attached hereto as Exhibit 49 is a copy of PwC U.S.'s 2013 Transparency Report, available at http://www.pwc.com/en_US/us/about-us/assets/pwc-llp-fy13-transparency-report.pdf (last visited Feb. 27, 2014).

52. Attached hereto as Exhibit 50 is a copy of martindale.com's listing of PwC's Office of the General Counsel, http://www.martindale.com/Pricewaterhouse%20Coopers-LLP/law-firm-414882-people.htm (last visited Feb. 27, 2014).

53. Attached hereto as Exhibit 51 is a copy of PwC's 2013 Key Considerations for Board and Audit Committee Members, available at http://www.pwc.com/us/en/corporate-governance/assets/pwc-key-considerations-for-board-audit-commitee-members-bios.pdf (last visited Feb. 27, 2014).

54. Attached hereto as Exhibit 52 is a copy of a printout from PwC's website listing the job description for "Director Quality Review Inspections," http://jobs.pwc.com/san-jose/assurance/jobid2736881-director-quality-review-inspections-jobs (last visited Feb. 27, 2014).

55. Attached hereto as Exhibit 53 is a copy of Bloomberg's article titled *Saudi Central Bank Won't Buy Algosaibi, Saad Debt From Banks*, dated September 5, 2009, available at http://www.bloomberg.com/apps/news?pid=newsarchive&sid=aF_.4bM9UC4k (last visited Feb. 27, 2014).

56. Attached hereto as Exhibit 54 is a copy of Arab News' article titled *Saad, Algosaibi Debts No Threat to Saudi Banks*, dated September 2, 2009, available at http://www.arabnews.com/node/327613 (last visited Feb. 27, 2014).

57. Attached hereto as Exhibit 55 is a copy of Reuter's article titled *Saudi Central Bank Says System Safe from Saad, Algosaibi Problems*, dated September 1, 2009, available at http://blogs.reuters.com/financial-regulatory-forum/2009/09/01/saudi-central-bank-says-system-safe-from-saad-algosaibi-problems (last visited Feb. 27, 2014).

58. Attached hereto as Exhibit 56 is a copy of Frank E. Vogel's Affidavit, *Ahmad Hamad Algosaibi & Brothers Co. v. Saad Investments Ltd. & Maan Al Sanea*, In the Grand Court of the Cayman Islands, Cause No. FSD0054 of 2009-ASJC, Apr. 7, 2010.

59. Attached hereto as Exhibit 57 is a copy of Dr. Abdulrahman Al-Subaihi's First Affirmation, *Ahmad Hamad Algosaibi & Brothers Co. v. Saad Investments Ltd. & Maan Al Sanea*, In the Grand Court of the Cayman Islands, Cause No. FSD0054 of 2009-ASJC, May 16, 2011.

60. Attached hereto as Exhibit 58 is a copy of the First Affidavit of Ian David Edge, *AHAB v. Saad Investments Limited & Maan Al Sanea*, In the Grand Court of the Cayman Islands, Cause No. FSD0054 of 2009-ASJC, Feb. 22, 2010.

61. Attached hereto as Exhibit 59 is a copy of the Affidavit of Jamal A. Al-Muzein, *Mashreqbank PSC v. Ahmad Hamad Al Gosaibi & Bros. Co.*, Supreme Court of the State of New York, County of New York, Index No. 601650/2009 (Feb. 25, 2013).

62. Attached hereto as Exhibit 60 is a copy of the Saudi Special Committee's Royal Order as filed in *Ahmad Algosaibi & Brothers Co. v. Glenn Stewart*, U.S. District Court for the Central District of California, No. 2:11-cv-02596, May 25, 2011 (Arabic version and English translation).

63. Attached hereto as Exhibit 61 is a copy of The Financial Times' article titled *Saad Group Reaches Deals*, dated September 28, 2009, available at http://www.ft.com/intl/cms/s/0/adc30ac8-ac66-11de-a754-00144feabdc0.html#axzz2r4gB5sTz (last visited Feb. 27, 2014).

64. Attached hereto as Exhibit 62 is a copy of Bloomberg Businessweek's article titled *Algosaibi Plans New Debt Offer After Biggest Mideast Default*, dated July 1, 2013,

available at http://www.businessweek.com/news/2013-06-30/algosaibi-plans-new-debt-offer-after-biggest-middle-east-default (last visited Feb. 27, 2014).

65.     Attached hereto as Exhibit 63 is a copy of BBC News Business' article titled *US Banks and Regulators' 'Fail' to Cut Money Laundering*, dated September 28, 2010, available at http://www.bbc.co.uk/news/business-11426166 (last visited Feb. 27, 2014).

66.     Attached hereto as Exhibit 64 is a copy of *Société Générale S.A. v. Saad Trading, Contracting & Financial Services Co. & ANR*, [2012] EWCA Civ 695.

67.     Attached hereto as Exhibit 65 is a copy of *Société Générale S.A. v. Saad Trading, Contracting & Financial Services Co. & ANR*, [2013] EWCA Civ 1020.

68.     Attached hereto as Exhibit 66 is a copy of PR Newswire's article titled *New York Court Rules in Favor of AHAB on U.S. Discovery Issue*, dated May 20, 2011, available at http://www.prnewswire.com/news-releases/financial-services-latest-news/new-york-court-rules-in-favor-of-ahab-on-us-discovery-issue-122348118.html (last visited Feb. 27, 2014).

69.     Attached hereto as Exhibit 67 is a copy of excerpts of ANTHONY SHOULT, DOING BUSINESS WITH SAUDI ARABIA (2006).

70.     Attached hereto as Exhibit 68 is a copy of excerpts of ABDULRAHMAN BAAMIR, SHARI'A, LAW IN COMMERCIAL AND BANKING ARBITRATION (2010).

71.     Attached hereto as Exhibit 69 is a copy of the U.S. Department of State's 2012 Investment Climate Statement – Saudi Arabia, available at http://www.state.gov/e/eb/rls/othr/ics/2012/191229.htm (last visited Feb. 27, 2014) .

72.     Attached hereto as Exhibit 70 is a copy of Reuter's article titled *Saad Trading Says Sukuk Issuer Unable to Meet Payment*, dated November 15, 2009, available at

http://in.reuters.com/article/2009/11/15/saad-sukuk-idUSLF22182620091115 (last visited Feb. 27, 2014).

73. Attached hereto as Exhibit 71 is a copy of *Golden Belt Sukuk Co. v. Saad Trading*, Case #730/1432 (Dammam Branch of the Commission for the Settlement of Negotiable Instrument Disputes, Mar. 21, 2011).

74. Attached hereto as Exhibit 72 is a copy of a printout from Moneyhouse's website titled, *Listing for Saad Financial Services SA*, http://www.moneyhouse.ch/en/u/saad_financial_services_sa_en_liquidation_CH-660.0.876.994-6.htm (last visited Feb. 27, 2014).

75. Attached hereto as Exhibit 73 is a copy of a printout from Dubai Financial Services Authority's Website, DFSA's Statement on SAAD Financial Advisory Services Limited in the DIFC, http://www.dfsa.ae/WhatsNew/DispForm.aspx?ID=103 (last visited Feb. 27, 2014).

76. Attached hereto as Exhibit 74 is a copy of Bloomberg News' article titled *Bahraini Court Rules in Favor of Placing Awal Bank Under Administration*, dated June 29, 2010, available at http://www.bloomberg.com/news/2010-06-29/bahraini-court-rules-in-favor-of-placing-awal-bank-under-administration.html (last visited Feb. 27, 2014).

77. Attached hereto as Exhibit 75 is a copy of a printout from the Central Bank of Bahrain's website discussing the administration of TIBC, http://www.cbb.gov.bh/page-p-the_administration_of_the_international_banking_corporation_(tibc).htm (last visited Feb. 27, 2014) .

78. Attached hereto as Exhibit 76 is a copy of a printout from PwC's Middle East Region Website, About Us, available at http://www.pwc.com/m1/en/countries/about_us.jhtml (last visited Feb. 27, 2014).

79. Attached hereto as Exhibit 77 is a copy of the American Institute of Certified Public Accountants' Statement of Auditing Standards 230, dated February 2006.

80. Attached hereto as Exhibit 78 is a true and correct copy of *Société Générale S.A. v. Saad Trading, Contracting & Financial Services Co. & ANR* [2011] EWHC 2424 (Comm).

81. I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 13, 2014
New York, New York

Thomas E. Lynch